THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN H. GREENWOOD, Respondent.

Argued October 18, 1955; decided December 28, 1955.

*Angus G. Saunders, District Attorney (Robert M. Weldon* of counsel), for appellant.

*Allan G. Patch* and *Russell Spencer* for respondent.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.